Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Lovepreet Singh,
Petitioner

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-CV-6787

v.

Philip Rhoney, et al,
Respondents

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court dismisses any remaining claims in the petition without prejudice.

Date: February 5, 2026

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk